FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 23 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MONICA BROWN )<br> )<br>COMPLAINANT, )<br> )<br>v. )<br> )<br>GLOBAL EMPLOYMENT SOLUTIONS, INC.)<br>LEXINGTON INSURANCE )<br>AIG )<br>DEFENDANTS. ) | **JURY DEMAND**<br>**CIVIL ACTION**<br><br>1:15-CV-04082-CAP |

## DISMISSAL NOTICE OF APPEAL

COMES NOW Monica Brown, Complainant (hereinafter "Brown or The Complainant") pursuant to 28 U.S. Code § 1291 and Federal Rules of Appellate Procedures 3 (a) 1 and 4 (a), Brown, dismisses her appeal **NOTICE OF APPEAL on February 7, 2017** to the United States Court of Appeal Eleventh Circuit Court of Georgia. A final judgement has been entered in this case. Therefore, she will refile a **NOTICE OF APPEAL** at a later date.

**<u>Clerk of Court, please advise the 11th Circuit of Brown's dismissal of this appeal and that she will file a subsequent NOTICE on the final order soon.</u>**

Respectfully submitted this 21st day of February, 2017.

*[signature]*

Monica Brown, Pro se
Post Office Box 18785
Atlanta, Georgia 31126

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MONICA BROWN ) | |
| ) | |
| COMPLAINANT, ) | **JURY DEMAND** |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | 1:15-CV-04082-CAP |
| GLOBAL EMPLOYMENT SOLUTIONS, INC.) | |
| LEXINGTON INSURANCE ) | |
| AIG ) | |
| DEFENDANTS. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2017, I personally filed the foregoing **NOTICE OF APPEAL** with The Clerk of US District Court sent a copy of same via email and or Pacer and US Mail:

*Attorney of Record*
GES
Eric Berezin, Esq.
Deepa N. Subramanian, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303


AIG and Lexington Insurance Company
Glenn S. Bass, Esq.
Scrudder, Bass, Quillian, Horlock, Taylor & Lazarus, LLP
900 Circle 75 Parkway, S.E. Suite 850

Atlanta, Georgia 30339

Millar and Mixon, LLC
108 Williamson Mill Road
Jonesboro, Georgia 30236

By: _____
Monica Brown, Pro se
Post Office Box 18785
Atlanta, Georgia 31126